FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 28 2010

JAMES N. HATTEN, CLERK
By: J. Crow_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DIVISION OF GEORGIA
## ATLANTA DIVISION

**STATE BANK OF TEXAS**

**Plaintiff,**

**vs.**

**DIPLOMAT CONSTRUCTION**

**Defendant.**

)
)  CASE NO. 1:09-CV-03593-RLV
)
)
)
)
)
)

## Final Report of Receiver

### 1.

Hays Financial Consulting, LLC ("HFC") was appointed Receiver (the "Receiver") by order of this Court on December 29, 2009, of all of the property and assets of Diplomat Construction ("Defendant") upon which State Bank of Texas ("Plaintiff") holds any lien, collateral assignment or security interest (collectively the "Collateral") on behalf of a group of lenders to the Defendant (the "Lenders").

### 2.

The Collateral consists primarily of an operating hotel (the "Hotel") formerly known as the Red Roof Inn, Atlanta Airport.

### 3.

The Receiver hired Noble Management Group, LLC ("Noble") as the operator of the Hotel on December 30, 2009.

**4.**

During the course of the Receivership, consistent with the authority provided in the Receivership Order, the Receiver has performed the following functions:

- ○ HFC and Noble were successful in deferring the correction of inspection deficiencies of the Hotel with the Fulton County Health Department and the Hapeville Fire Department.

- ○ HFC reviewed the property condition of the Hotel with Noble, noting items in need of immediate attention and items that would be part of a property improvement plan that a new hotel franchisor would require.

- ○ Reviewed and approved the operating budget prepared by Noble.

- ○ Reviewed various leasing alternatives with Noble, including long term leasing of units to a substance abuse facility to generate long term cash flow. This option was abandoned once the foreclosure of the property took place.

- ○ Reconciled amounts due to the City of Atlanta Airport Division (the "City") for a ground lease, including a modification to include parking spaces in turn leased to Ruby Tuesdays restaurant. Payments to the City were made by Ruby Tuesdays, the Plaintiff, and the Receiver to bring the lease into a current position.

- ○ Worked with Noble to inspect rooms with obvious rehabilitation needs (HVAC units removed, leaks in the bathrooms, old bedding, etc.) and determine what repairs would be needed in order to obtain a new hotel franchise agreement.

**5.**

The Plaintiff filed a motion May 6, 2009 for a relief from the automatic stay in

Bankruptcy Case # 09-68613 in the Northern District of Georgia, Atlanta Division. The

motion was granted November 20, 2009 and, after proper posting, notification and

advertising, a foreclosure of the Collateral was held April 6, 2010, at which time the

Collateral was foreclosed by the Plaintiff and the Receivership effectively terminated.

**6.**

The operation and maintenance of the Hotel from January 1, 2010, through March 31,

2010, resulted in a $152,554 net operating loss (exclusive of HFC fees and expenses)

based on the accrual method of accounting for revenue and expenses. A copy of the

accounting prepared by the Receiver is attached hereto as Exhibit "A". The

Receivership Estate would also show a loss based on the cash method of accounting;

however, the accrual method better represents the results of operations for the

Receivership period. The above-referenced operating loss was funded by advances

requested and received from the Lenders during the Receivership period.

**7.**

For its services, the Receiver was authorized to be paid, from proceeds of the Collateral

or from advances from the Lenders, reasonable compensation as detailed in the

attachment to the Receiver Motion, capped at a blended rate equal to $300 per hour,

and reimbursement of the reasonable and actual out-of-pocket expenses incurred by

the Receiver in performing its duties. Payment was allowed if no objection was made by

Plaintiff or Defendant within ten (10) days after notice of said fees and expenses was

provided to Plaintiff and Defendant. If an objection was filed to the fees and expenses of the Receiver, payment was to be allowed only after entry of an Order of the Court. Cumulative fees and expenses of $22,314.51 for the Receivership from the date of appointment of the Receiver through January 31, 2010, remain unpaid, an objection by Defendant having been filed. Fees and expenses for the Receiver for the period February 1 through February 28, 2010 were $12,267.44 and have been paid by Lenders without objection by the Defendant. The Fees and expenses for the Receiver for the period March 1 through March 31, 2010 were $11,676.69, no objection has been made by the Plaintiff or the Defendant, and the March fees and expenses are unpaid as of this date.

**8.**

All operating debts of the Receivership Estate have been accounted for and have been paid or will be paid in full with advances from the Lenders.  The status of operating debts of the Defendant, as it relates to the operation of the Hotel "pre-receivership", is unknown.

Respectfully submitted, this 26th day of April, 2010

Hays Financial Consulting, LLL, Receiver for Defendant

By:_____

Henry P. Lorber, Director, Hays Financial Consulting, LLC

**Atlanta Airport Hotel**
**Profit and Loss Statement**
**For the Three Months Ending March 31, 2010**

### Profit & Loss - GAAP

| CURRENT MONTH ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | YEAR TO DATE ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,952 | | 5,952 | | | | Available Rooms | 17,280 | | 17,280 | | | |
| 1,224 | | 1,924 | | | | Occupied Rooms | 3,897 | | 4,683 | | | |
| 20.6% | | 32.3% | | 0.0% | | Occupancy Percentage | 22.6% | | 27.1% | | 0.0% | |
| $49.51 | | $50.72 | | $0.00 | | Average Daily Rate | $45.70 | | $49.78 | | $0.00 | |
| $10.18 | | $16.40 | | $0.00 | | Revenue per Available Room | $10.31 | | $13.49 | | $0.00 | |
| | | | | | | **REVENUES** | | | | | | |
| 60,604 | 98.2% | 97,593 | 99.4% | | 0.0% | Rooms | 178,096 | 98.0% | 233,119 | 99.5% | | 0.0% |
| | 0.0% | (72) | -0.1% | | 0.0% | Other Operated Departments | | 0.0% | (145) | -0.1% | | 0.0% |
| 1,121 | 1.8% | 652 | 0.7% | | 0.0% | Rents & Other Income | 3,557 | 2.0% | 1,245 | 0.5% | | 0.0% |
| 61,725 | 100.0% | 98,173 | 100.0% | | 0.0% | **Total Revenues** | 181,653 | 100.0% | 234,219 | 100.0% | | 0.0% |
| | | | | | | **EXPENSES** | | | | | | |
| 48,755 | 80.4% | 57,455 | 58.9% | | 0.0% | Rooms | 124,814 | 70.1% | 136,660 | 58.6% | | 0.0% |
| 1,126 | 0.0% | 1,290 | -1791.7% | | 0.0% | Other Operated Departments | 4,610 | 0.0% | 3,829 | -2640.7% | | 0.0% |
| 49,881 | 80.8% | 58,745 | 59.8% | | 0.0% | **Total Departmental Expenses** | 129,424 | 71.2% | 140,489 | 60.0% | | 0.0% |
| 11,844 | 19.2% | 39,428 | 40.2% | | 0.0% | **TOTAL DEPARTMENTAL INCOME** | 52,229 | 28.8% | 93,730 | 40.0% | | 0.0% |
| | | | | | | **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | |
| 15,433 | 25.0% | 15,148 | 15.4% | | 0.0% | Administrative & General | 44,431 | 24.5% | 45,075 | 19.2% | | 0.0% |
| 4,297 | 7.0% | 7,730 | 7.9% | | 0.0% | Sales & Marketing | 13,353 | 7.4% | 17,403 | 7.4% | | 0.0% |
| 14,942 | 24.2% | 11,008 | 11.2% | | 0.0% | Repairs & Maintenance | 33,265 | 18.3% | 30,596 | 13.1% | | 0.0% |
| 12,753 | 20.7% | 12,607 | 12.8% | | 0.0% | Utilities | 43,367 | 23.9% | 42,003 | 17.9% | | 0.0% |
| 47,425 | 76.8% | 46,493 | 47.4% | | 0.0% | **Total Other Expenses** | 134,416 | 74.0% | 135,077 | 57.7% | | 0.0% |
| (35,581) | -57.6% | (7,065) | -7.2% | | 0.0% | **GROSS OPERATING PROFIT (GOP)** | (82,187) | -45.2% | (41,347) | -17.7% | | 0.0% |
| | | | | | | **MANAGEMENT FEES** | | | | | | |
| 3,000 | 4.9% | 3,000 | 3.1% | | 0.0% | Management Fees | 9,000 | 5.0% | 9,000 | 3.8% | | 0.0% |
| (38,581) | -62.5% | (10,065) | -10.3% | | 0.0% | **INCOME BEFORE FIXED EXPENSES** | (91,187) | -50.2% | (50,347) | -21.5% | | 0.0% |
| | | | | | | **FIXED EXPENSES** | | | | | | |
| 4,901 | 7.9% | 4,901 | 5.0% | | 0.0% | Rent | 14,704 | 8.1% | 14,703 | 6.3% | | 0.0% |
| 14,700 | 23.8% | 14,700 | 15.0% | | 0.0% | Property & Other Taxes | 44,153 | 24.3% | 44,153 | 18.9% | | 0.0% |
| 237 | 0.4% | 2,336 | 2.4% | | 0.0% | Insurance | 1,662 | 0.9% | 4,924 | 2.1% | | 0.0% |
| 308 | 0.5% | 470 | 0.5% | | 0.0% | Other Fixed Expenses | 848 | 0.5% | 1,172 | 0.5% | | 0.0% |
| 20,146 | 32.6% | 22,407 | 22.8% | | 0.0% | **TOTAL FIXED EXPENSES** | 61,367 | 33.8% | 64,952 | 27.7% | | 0.0% |
| (58,727) | -95.1% | (32,472) | -33.1% | | 0.0% | **NET OPERATING PROFIT (EBITDA)** | (152,554) | -84.0% | (115,299) | -49.2% | | 0.0% |
| (58,727) | -95.1% | (32,472) | -33.1% | | 0.0% | **INCOME BEFORE INCOME TAXES** | (152,554) | -84.0% | (115,299) | -49.2% | | 0.0% |
| (58,727) | -95.1% | (32,472) | -33.1% | | 0.0% | **NET INCOME** | (152,554) | -84.0% | (115,299) | -49.2% | | 0.0% |

Exhibit "A"

**Atlanta Airport Hotel**
**Profit and Loss Statement**
**For the Three Months Ending March 31, 2010**

| | CURRENT MONTH | | | | | | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **Profit & Loss - Analysis** | | | | | | |
| 5,952 | | 5,952 | | | | Available Rooms | 17,280 | | 17,280 | | | |
| 1,224 | | 1,924 | | | | Occupied Rooms | 3,897 | | 4,683 | | | |
| 20.6% | | 32.3% | | 0.0% | | Occupancy Percentage | 22.6% | | 27.1% | | 0.0% | |
| $49.51 | | $50.72 | | $0.00 | | Average Daily Rate | $45.70 | | $49.78 | | $0.00 | |
| $10.18 | | $16.40 | | $0.00 | | Revenue per Available Room | $10.31 | | $13.49 | | $0.00 | |
| | | | | | | **REVENUES** | | | | | | |
| 60,604 | 98.2% | 97,593 | 99.4% | | 0.0% | Rooms | 178,096 | 98.0% | 233,119 | 99.5% | | 0.0% |
| | 0.0% | (72) | -0.1% | | 0.0% | Other Operated Departments | | 0.0% | (145) | -0.1% | | 0.0% |
| 1,121 | 1.8% | 652 | 0.7% | | 0.0% | Rents & Other Income | 3,557 | 2.0% | 1,245 | 0.5% | | 0.0% |
| 61,725 | 100.0% | 98,173 | 100.0% | | 0.0% | **Total Revenues** | 181,653 | 100.0% | 234,219 | 100.0% | | 0.0% |
| | | | | | | **EXPENSES** | | | | | | |
| 48,755 | 80.4% | 57,455 | 58.9% | | 0.0% | Rooms | 124,814 | 70.1% | 136,660 | 58.6% | | 0.0% |
| 1,126 | 0.0% | 1,290 | -1791.7% | | 0.0% | Other Operated Departments | 4,610 | 0.0% | 3,829 | -2640.7% | | 0.0% |
| 49,881 | 80.8% | 58,745 | 59.8% | | 0.0% | **Total Departmental Expenses** | 129,424 | 71.2% | 140,489 | 60.0% | | 0.0% |
| | | | | | | **DEPARTMENTAL PROFIT** | | | | | | |
| 11,849 | 19.6% | 40,138 | 41.1% | | 0.0% | Rooms | 53,282 | 29.9% | 96,459 | 41.4% | | 0.0% |
| (1,126) | 0.0% | (1,362) | 1891.7% | | 0.0% | Other Operated Departments | (4,610) | 0.0% | (3,974) | 2740.7% | | 0.0% |
| 1,121 | 100.0% | 652 | 100.0% | | 0.0% | Rents & Other Income | 3,557 | 100.0% | 1,245 | 100.0% | | 0.0% |
| 11,844 | 19.2% | 39,428 | 40.2% | | 0.0% | **TOTAL DEPARTMENTAL INCOME** | 52,229 | 28.8% | 93,730 | 40.0% | | 0.0% |
| | | | | | | **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | |
| 15,433 | 25.0% | 15,148 | 15.4% | | 0.0% | Administrative & General | 44,431 | 24.5% | 45,075 | 19.2% | | 0.0% |
| 4,297 | 7.0% | 7,730 | 7.9% | | 0.0% | Sales & Marketing | 13,353 | 7.4% | 17,403 | 7.4% | | 0.0% |
| 14,942 | 24.2% | 11,008 | 11.2% | | 0.0% | Repairs & Maintenance | 33,265 | 18.3% | 30,596 | 13.1% | | 0.0% |
| 12,753 | 20.7% | 12,607 | 12.8% | | 0.0% | Utilities | 43,367 | 23.9% | 42,003 | 17.9% | | 0.0% |
| 47,425 | 76.8% | 46,493 | 47.4% | | 0.0% | **Total Other Expenses** | 134,416 | 74.0% | 135,077 | 57.7% | | 0.0% |
| (35,581) | -57.6% | (7,065) | -7.2% | | 0.0% | **GROSS OPERATING PROFIT (GOP)** | (82,187) | -45.2% | (41,347) | -17.7% | | 0.0% |
| | | | | | | **MANAGEMENT FEES** | | | | | | |
| 3,000 | 4.9% | 3,000 | 3.1% | | 0.0% | Management Fees | 9,000 | 5.0% | 9,000 | 3.8% | | 0.0% |
| (38,581) | -62.5% | (10,065) | -10.3% | | 0.0% | **INCOME BEFORE FIXED EXPENSES** | (91,187) | -50.2% | (50,347) | -21.5% | | 0.0% |
| | | | | | | **FIXED EXPENSES** | | | | | | |
| 4,901 | 7.9% | 4,901 | 5.0% | | 0.0% | Rent | 14,704 | 8.1% | 14,703 | 6.3% | | 0.0% |
| 14,700 | 23.8% | 14,700 | 15.0% | | 0.0% | Property & Other Taxes | 44,153 | 24.3% | 44,153 | 18.9% | | 0.0% |
| 237 | 0.4% | 2,336 | 2.4% | | 0.0% | Insurance | 1,662 | 0.9% | 4,924 | 2.1% | | 0.0% |
| 308 | 0.5% | 470 | 0.5% | | 0.0% | Other Fixed Expenses | 848 | 0.5% | 1,172 | 0.5% | | 0.0% |
| 20,146 | 32.6% | 22,407 | 22.8% | | 0.0% | **TOTAL FIXED EXPENSES** | 61,367 | 33.8% | 64,952 | 27.7% | | 0.0% |
| (58,727) | -95.1% | (32,472) | -33.1% | | 0.0% | **NET OPERATING PROFIT (EBITDA)** | (152,554) | -84.0% | (115,299) | -49.2% | | 0.0% |
| (58,727) | -95.1% | (32,472) | -33.1% | | 0.0% | **NET OPERATING INCOME (NOI)** | (152,554) | -84.0% | (115,299) | -49.2% | | 0.0% |

Hotel P&L
Hotel P&L

Print Date: 04/15/10
Print Time: 05:57 PM

**Atlanta Airport Hotel**
**Rooms**
**For the Three Months Ending March 31, 2010**

| | | CURRENT MONTH | | | | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **REVENUES** | | | | | | |
| 52,651 | 86.9% | 97,593 | 100.0% | | 0.0% | Transient Room Revenue | 174,199 | 97.8% | 231,289 | 99.2% | | 0.0% |
| 7,559 | 12.5% | | 0.0% | | 0.0% | Group Room Revenue | 11,576 | 6.5% | | 0.0% | | 0.0% |
| 5,012 | 8.3% | | 0.0% | | 0.0% | Contract Room Revenue | 15,313 | 8.6% | 1,830 | 0.8% | | 0.0% |
| (4,618) | -7.6% | | 0.0% | | 0.0% | Allowances - Errors | (22,992) | -12.9% | | 0.0% | | 0.0% |
| 60,604 | 100.0% | 97,593 | 100.0% | | 0.0% | **Total Room Revenues** | 178,096 | 100.0% | 233,119 | 100.0% | | 0.0% |
| | | | | | | **EXPENSES** | | | | | | |
| | | | | | | **PAYROLL AND RELATED EXPENSES** | | | | | | |
| | | | | | | **Salaries, Wages & Bonuses** | | | | | | |
| 5,100 | 8.4% | 5,863 | 6.0% | | 0.0% | Guest Services | 12,821 | 7.2% | 14,947 | 6.4% | | 0.0% |
| 1,313 | 2.2% | 961 | 1.0% | | 0.0% | Attendant - Breakfast | 3,633 | 2.0% | 2,821 | 1.2% | | 0.0% |
| 3,844 | 6.3% | 2,461 | 2.5% | | 0.0% | Hsk - Supervision | 11,311 | 6.4% | 8,315 | 3.6% | | 0.0% |
| 7,850 | 13.0% | 6,716 | 6.9% | | 0.0% | Hsk - Room Attendant | 24,002 | 13.5% | 19,110 | 8.2% | | 0.0% |
| | 0.0% | 1,203 | 1.2% | | 0.0% | Hsk - House Attendant | | 0.0% | 2,253 | 1.0% | | 0.0% |
| 3,773 | 6.2% | 2,495 | 2.6% | | 0.0% | Night Audit | 8,702 | 4.9% | 7,308 | 3.1% | | 0.0% |
| | 0.0% | 150 | 0.2% | | 0.0% | Bonuses & Incentives | | 0.0% | 300 | 0.1% | | 0.0% |
| 21,880 | 36.1% | 19,849 | 20.3% | | 0.0% | **Total Salaries, Wages & Bonuses** | 60,469 | 34.0% | 55,054 | 23.6% | | 0.0% |
| | | | | | | **Payroll-Related Expenses** | | | | | | |
| 1,202 | 5.5% | 426 | 2.1% | | 0.0% | Employee Benefits | 2,157 | 3.6% | 1,240 | 2.3% | | 0.0% |
| 2,430 | 11.1% | 2,104 | 10.6% | | 0.0% | Payroll Taxes | 7,099 | 11.7% | 5,867 | 10.7% | | 0.0% |
| | 0.0% | 13 | 0.1% | | 0.0% | Supplemental Pay | | 0.0% | 23 | 0.0% | | 0.0% |
| 3,632 | 16.6% | 2,543 | 12.8% | | 0.0% | **Total Payroll-Related Expenses** | 9,256 | 15.3% | 7,130 | 13.0% | | 0.0% |
| 25,512 | 42.1% | 22,392 | 22.9% | | 0.0% | **Total Payroll and Related Expenses** | 69,725 | 39.2% | 62,184 | 26.7% | | 0.0% |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| 4,259 | 7.0% | 2,091 | 2.1% | | 0.0% | Cable/Satellite Television | 8,088 | 4.5% | 6,093 | 2.6% | | 0.0% |
| 903 | 1.5% | 481 | 0.5% | | 0.0% | Cleaning Supplies | 1,451 | 0.8% | 1,385 | 0.6% | | 0.0% |
| 725 | 1.2% | | 0.0% | | 0.0% | Cleaning Supplies - Contract | 940 | 0.5% | | 0.0% | | 0.0% |
| | 0.0% | 4,343 | 4.5% | | 0.0% | Commissions - Travel Agent | | 0.0% | 7,415 | 3.2% | | 0.0% |
| 766 | 1.3% | | 0.0% | | 0.0% | Commissions & Rebates - Group | 766 | 0.4% | | 0.0% | | 0.0% |
| 1,515 | 2.5% | 3,463 | 3.5% | | 0.0% | Comp Svcs Gifts - Breakfast | 4,242 | 2.4% | 7,799 | 3.3% | | 0.0% |
| 805 | 1.3% | | 0.0% | | 0.0% | Comp Svcs Gifts - Reception | 1,023 | 0.6% | | 0.0% | | 0.0% |
| 99 | 0.2% | 215 | 0.2% | | 0.0% | Comp Svcs Gifts - Newspapers | 319 | 0.2% | 645 | 0.3% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Contract Services | 3,500 | 2.0% | 2,800 | 1.2% | | 0.0% |
| 1,171 | 1.9% | 1,807 | 1.9% | | 0.0% | Laundry & Dry Clean - Alloc | 3,946 | 2.2% | 5,004 | 2.1% | | 0.0% |
| 2,348 | 3.9% | 523 | 0.5% | | 0.0% | Op Equip - Linen Replace | 2,790 | 1.6% | 2,023 | 0.9% | | 0.0% |
| 934 | 1.5% | 1,154 | 1.2% | | 0.0% | Op Supplies - Guest | 1,816 | 1.0% | 2,006 | 0.9% | | 0.0% |
| 460 | 0.8% | | 0.0% | | 0.0% | Op Supplies - Other | 1,182 | 0.7% | 278 | 0.1% | | 0.0% |
| 1,080 | 1.8% | | 0.0% | | 0.0% | Op Supplies - Paper & Plastic | 1,697 | 1.0% | | 0.0% | | 0.0% |
| 118 | 0.2% | 405 | 0.4% | | 0.0% | Printing & Stationary | 237 | 0.1% | 749 | 0.3% | | 0.0% |
| | 0.0% | 10,925 | 11.2% | | 0.0% | Reservation - Central | | 0.0% | 12,557 | 5.4% | | 0.0% |
| | 0.0% | 863 | 0.9% | | 0.0% | Rev Mgmt - Centralized | | 0.0% | 1,726 | 0.7% | | 0.0% |
| | 0.0% | 1,051 | 1.1% | | 0.0% | Rev Mgmt Systems - Contract | | 0.0% | 1,552 | 0.7% | | 0.0% |
| 8,061 | 13.3% | 7,550 | 7.7% | | 0.0% | Transporation - Guest | 23,071 | 13.0% | 22,110 | 9.5% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Travel - Meals & Entertain | 10 | 0.0% | | 0.0% | | 0.0% |
| | 0.0% | 192 | 0.2% | | 0.0% | Uniforms - Purchase/Rent | 13 | 0.0% | 334 | 0.1% | | 0.0% |
| 23,244 | 38.4% | 35,063 | 35.9% | | 0.0% | **Total Other Expenses** | 55,091 | 30.9% | 74,476 | 31.9% | | 0.0% |
| 48,756 | 80.5% | 57,455 | 58.9% | | 0.0% | **TOTAL EXPENSES** | 124,816 | 70.1% | 136,660 | 58.6% | | 0.0% |
| 11,848 | 19.5% | 40,138 | 41.1% | | 0.0% | **DEPARTMENTAL INCOME / (LOSS)** | 53,280 | 29.9% | 96,459 | 41.4% | | 0.0% |

**Atlanta Airport Hotel**
**Rooms**
**For the Three Months Ending March 31, 2010**

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **CURRENT MONTH** | | | | | | | **YEAR TO DATE** | | | |
| | | | | | | **ROOM STATISTICS** | | | | | | |
| | | | | | | **REVENUES** | | | | | | |
| | | | | | | **Transient** | | | | | | |
| 8,816 | 14.5% | 97,593 | 100.0% | | 0.0% | Trans Prem - Rack | 8,816 | 5.0% | 166,631 | 71.5% | | 0.0% |
| 18,365 | 30.3% | | 0.0% | | 0.0% | Trans Neg - Local Neg | 68,438 | 38.4% | 28,126 | 12.1% | | 0.0% |
| 763 | 1.3% | | 0.0% | | 0.0% | Trans Disc - AAA/AARP | 8,835 | 5.0% | 5,126 | 2.2% | | 0.0% |
| 1,060 | 1.7% | | 0.0% | | 0.0% | Trans Disc - Govt/Military | 5,064 | 2.8% | 1,609 | 0.7% | | 0.0% |
| 793 | 1.3% | | 0.0% | | 0.0% | Trans Disc - Local Promotion | 6,640 | 3.7% | 4,097 | 1.8% | | 0.0% |
| 17,013 | 28.1% | | 0.0% | | 0.0% | Trans Disc - National Discs | 49,896 | 28.0% | 14,465 | 6.2% | | 0.0% |
| 840 | 1.4% | | 0.0% | | 0.0% | Trans Disc - Third Pty Internet | 4,119 | 2.3% | 1,819 | 0.8% | | 0.0% |
| 5,000 | 8.3% | | 0.0% | | 0.0% | Trans Disc - Wholesale/FIT | 22,390 | 12.6% | 9,415 | 4.0% | | 0.0% |
| 52,650 | 86.9% | 97,593 | 100.0% | | 0.0% | **Total Transient Revenue** | 174,198 | 97.8% | 231,288 | 99.2% | | 0.0% |
| | | | | | | **Group** | | | | | | |
| 3,138 | 5.2% | | 0.0% | | 0.0% | Group - Government | 3,138 | 1.8% | | 0.0% | | 0.0% |
| 3,862 | 6.4% | | 0.0% | | 0.0% | Group - SMERF | 7,880 | 4.4% | | 0.0% | | 0.0% |
| 559 | 0.9% | | 0.0% | | 0.0% | Group - Tour & Travel | 559 | 0.3% | | 0.0% | | 0.0% |
| 7,559 | 12.5% | | 0.0% | | 0.0% | **Total Group Revenue** | 11,577 | 6.5% | | 0.0% | | 0.0% |
| | | | | | | **Contract** | | | | | | |
| 1,067 | 1.8% | | 0.0% | | 0.0% | Contract - Contract One | 3,563 | 2.0% | | 0.0% | | 0.0% |
| 3,945 | 6.5% | | 0.0% | | 0.0% | Contract - Airline Crew | 11,750 | 6.6% | 1,830 | 0.8% | | 0.0% |
| 5,012 | 8.3% | | 0.0% | | 0.0% | **Total Contract Revenue** | 15,313 | 8.6% | 1,830 | 0.8% | | 0.0% |
| (4,618) | -7.6% | | 0.0% | | 0.0% | **Allowances - Errors** | (22,992) | -12.9% | | 0.0% | | 0.0% |
| 60,603 | 100.0% | 97,593 | 100.0% | | 0.0% | **Total Market Segments** | 178,096 | 100.0% | 233,118 | 100.0% | | 0.0% |
| 60,603 | 100.0% | 97,593 | 100.0% | | 0.0% | **TOTAL ROOMS REVENUE** | 178,096 | 100.0% | 233,118 | 100.0% | | 0.0% |

**Atlanta Airport Hotel**
**Rooms**
**For the Three Months Ending March 31, 2010**

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT MONTH | | | | | | | YEAR TO DATE | | | |
| | | | | | | **ROOM STATISTICS** | | | | | | |
| | | | | | | **OCCUPANCY** | | | | | | |
| | | | | | | **Transient** | | | | | | |
| 163 | 2.7% | 1,924 | 32.3% | | 0.0% | Trans Prem - Rack | 163 | 0.9% | 3,344 | 19.4% | | 0.0% |
| 369 | 6.2% | | 0.0% | | 0.0% | Trans Neg - Local Neg | 1,526 | 8.8% | 698 | 4.0% | | 0.0% |
| 12 | 0.2% | | 0.0% | | 0.0% | Trans Disc - AAA/AARP | 113 | 0.7% | 54 | 0.3% | | 0.0% |
| 19 | 0.3% | | 0.0% | | 0.0% | Trans Disc - Govt/Military | 95 | 0.5% | 39 | 0.2% | | 0.0% |
| 24 | 0.4% | | 0.0% | | 0.0% | Trans Disc - Local Promotion | 129 | 0.7% | 56 | 0.3% | | 0.0% |
| 308 | 5.2% | | 0.0% | | 0.0% | Trans Disc - National Discs | 866 | 5.0% | 251 | 1.5% | | 0.0% |
| 15 | 0.3% | | 0.0% | | 0.0% | Trans Disc - Third Pty Internet | 58 | 0.3% | 13 | 0.1% | | 0.0% |
| 86 | 1.4% | | 0.0% | | 0.0% | Trans Disc - Wholesale/FIT | 424 | 2.5% | 193 | 1.1% | | 0.0% |
| 996 | 16.7% | 1,924 | 32.3% | | 0.0% | **Total Transient Rooms** | 3,374 | 19.5% | 4,648 | 26.9% | | 0.0% |
| | | | | | | **Group** | | | | | | |
| 47 | 0.8% | | 0.0% | | 0.0% | Group - Government | 47 | 0.3% | | 0.0% | | 0.0% |
| 54 | 0.9% | | 0.0% | | 0.0% | Group - SMERF | 136 | 0.8% | | 0.0% | | 0.0% |
| 7 | 0.1% | | 0.0% | | 0.0% | Group - Tour & Travel | 7 | 0.0% | | 0.0% | | 0.0% |
| 108 | 1.8% | | 0.0% | | 0.0% | **Total Group Rooms** | 190 | 1.1% | | 0.0% | | 0.0% |
| | | | | | | **Contract** | | | | | | |
| 36 | 0.6% | | 0.0% | | 0.0% | Contract - Contract One | 89 | 0.5% | | 0.0% | | 0.0% |
| 84 | 1.4% | | 0.0% | | 0.0% | Contract - Airline Crew | 244 | 1.4% | 35 | 0.2% | | 0.0% |
| 120 | 2.0% | | 0.0% | | 0.0% | **Total Contract Rooms** | 333 | 1.9% | 35 | 0.2% | | 0.0% |
| 1,224 | 20.6% | 1,924 | 32.3% | | 0.0% | **TOTAL OCCUPIED ROOMS** | 3,897 | 22.6% | 4,683 | 27.1% | | 0.0% |
| 41 | 0.7% | | 0.0% | | 0.0% | Complimentary Rooms | 105 | 0.6% | 15 | 0.1% | | 0.0% |
| 1,400 | 23.5% | | 0.0% | | 0.0% | Out of Order Rooms | 2,608 | 15.1% | | 0.0% | | 0.0% |
| 3,287 | 55.2% | 4,028 | 67.7% | | 0.0% | Vacant Rooms | 10,670 | 61.7% | 12,582 | 72.8% | | 0.0% |
| 5,952 | 100.0% | 5,952 | 100.0% | | 0.0% | **TOTAL ROOMS AVAILABLE** | 17,280 | 100.0% | 17,280 | 100.0% | | 0.0% |

**Atlanta Airport Hotel**
**Rooms**
**For the Three Months Ending March 31, 2010**

| CURRENT MONTH | | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **ROOM STATISTICS** | | | | | | |
| | | | | | | **AVERAGE DAILY RATE** | | | | | | |
| | | | | | | **Transient** | | | | | | |
| $54.09 | | $50.72 | | $0.00 | | Trans Prem - Rack | $54.09 | | $49.83 | | $0.00 | |
| $49.77 | | $0.00 | | $0.00 | | Trans Neg - Local Neg | $44.85 | | $40.30 | | $0.00 | |
| $63.58 | | $0.00 | | $0.00 | | Trans Disc - AAA/AARP | $78.19 | | $94.93 | | $0.00 | |
| $55.79 | | $0.00 | | $0.00 | | Trans Disc - Govt/Military | $53.31 | | $41.26 | | $0.00 | |
| $33.04 | | $0.00 | | $0.00 | | Trans Disc - Local Promotion | $51.47 | | $73.16 | | $0.00 | |
| $55.24 | | $0.00 | | $0.00 | | Trans Disc - National Discs | $57.62 | | $57.63 | | $0.00 | |
| $56.00 | | $0.00 | | $0.00 | | Trans Disc - Third Pty Internet | $71.02 | | $139.92 | | $0.00 | |
| $58.14 | | $0.00 | | $0.00 | | Trans Disc - Wholesale/FIT | $52.81 | | $48.78 | | $0.00 | |
| $52.86 | | $50.72 | | $0.00 | | **Average Daily Transient Rate** | $51.63 | | $49.76 | | $0.00 | |
| | | | | | | **Group** | | | | | | |
| $66.77 | | $0.00 | | $0.00 | | Group - Government | $66.77 | | $0.00 | | $0.00 | |
| $71.52 | | $0.00 | | $0.00 | | Group - SMERF | $57.94 | | $0.00 | | $0.00 | |
| $79.86 | | $0.00 | | $0.00 | | Group - Tour & Travel | $79.86 | | $0.00 | | $0.00 | |
| $69.99 | | $0.00 | | $0.00 | | **Average Daily Group Rate** | $60.93 | | $0.00 | | $0.00 | |
| | | | | | | **Contract** | | | | | | |
| $29.64 | | $0.00 | | $0.00 | | Contract - Contract One | $40.03 | | $0.00 | | $0.00 | |
| $46.96 | | $0.00 | | $0.00 | | Contract - Airline Crew | $48.16 | | $52.29 | | $0.00 | |
| $41.77 | | $0.00 | | $0.00 | | **Average Daily Contract Rate** | $45.98 | | $52.29 | | $0.00 | |
| $49.51 | | $50.72 | | $0.00 | | **TOTAL AVERAGE DAILY RATE (ADR)** | $45.70 | | $49.78 | | $0.00 | |
| $10.18 | | $16.40 | | $0.00 | | **REVENUE PER AVAILABLE ROOM** | $10.31 | | $13.49 | | $0.00 | |
| 20.6% | | 32.3% | | 0.0% | | **OCCUPANCY %** | 22.6% | | 27.1% | | 0.0% | |

Atlanta Airport Hotel
Telecommunications
For the Three Months Ending March 31, 2010

| | | CURRENT MONTH | | | | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **REVENUES** | | | | | | |
| | 0.0% | (72) | 100.0% | | 0.0% | Allowances - Errors | | 0.0% | (145) | 100.0% | | 0.0% |
| | 0.0% | (72) | 100.0% | | 0.0% | Total Revenue | | 0.0% | (145) | 100.0% | | 0.0% |
| | | | | | | **COST OF SALES** | | | | | | |
| 839 | 0.0% | 1,010 | 0.0% | | 0.0% | COS - Long Distance | 2,317 | 0.0% | 3,089 | 0.0% | | 0.0% |
| 287 | 0.0% | 280 | 0.0% | | 0.0% | COS - Internet | 2,293 | 0.0% | 740 | 0.0% | | 0.0% |
| 1,126 | 0.0% | 1,290 | -1791.7% | | 0.0% | Total Cost of Sales | 4,610 | 0.0% | 3,829 | -2640.7% | | 0.0% |
| (1,126) | 0.0% | (1,362) | 1891.7% | | 0.0% | GROSS PROFIT / (LOSS) | (4,610) | 0.0% | (3,974) | 2740.7% | | 0.0% |
| (1,126) | 0.0% | (1,362) | 1891.7% | | 0.0% | DEPARTMENTAL INCOME / (LOSS) | (4,610) | 0.0% | (3,974) | 2740.7% | | 0.0% |

Hotel P&L
Hotel P&L

Print Date: 04/15/10
Print Time: 05:57 PM

Atlanta Airport Hotel
Rents & Other
For the Three Months Ending March 31, 2010

| | CURRENT MONTH | | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **REVENUES** | | | | | | |
| | | | | | | **CONCESSIONS** | | | | | | |
| 31 | 2.8% | 38 | 5.8% | | 0.0% | Commissions - ATM | 122 | 3.4% | 119 | 9.6% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Commissions - Other 1 | 100 | 2.8% | | 0.0% | | 0.0% |
| 341 | 30.4% | 423 | 65.0% | | 0.0% | Commissions - Vending Machines | 843 | 23.7% | 736 | 59.1% | | 0.0% |
| 372 | 33.2% | 461 | 70.8% | | 0.0% | **Total Concessions** | 1,065 | 29.9% | 855 | 68.7% | | 0.0% |
| | | | | | | **SPACE RENTAL** | | | | | | |
| 500 | 44.6% | | 0.0% | | 0.0% | Space Rental & Concessions - 2 | 2,000 | 56.2% | | 0.0% | | 0.0% |
| 500 | 44.6% | | 0.0% | | 0.0% | **Total Space Rental** | 2,000 | 56.2% | | 0.0% | | 0.0% |
| | | | | | | **OTHER REVENUE** | | | | | | |
| 200 | 17.8% | 190 | 29.2% | | 0.0% | Cash Discounts Earned | 448 | 12.6% | 390 | 31.3% | | 0.0% |
| 50 | 4.5% | | 0.0% | | 0.0% | Miscellaneous Income - Forfeited Deposits | 44 | 1.2% | | 0.0% | | 0.0% |
| 250 | 22.3% | 190 | 29.2% | | 0.0% | **Total Other Revenue** | 492 | 13.8% | 390 | 31.3% | | 0.0% |
| 1,122 | 100.0% | 651 | 100.0% | | 0.0% | **Total Rents & Other Income** | 3,557 | 100.0% | 1,245 | 100.0% | | 0.0% |

Atlanta Airport Hotel
Administrative & General
For the Three Months Ending March 31, 2010

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **CURRENT MONTH** / **YEAR TO DATE** | | | | | | |
| | | | | | | **PAYROLL AND RELATED EXPENSES** | | | | | | |
| | | | | | | *Salaries, Wages & Bonuses* | | | | | | |
| 3,407 | 5.5% | 3,397 | 3.5% | | 0.0% | Administration | 8,832 | 4.9% | 8,815 | 3.8% | | 0.0% |
| 1,563 | 2.5% | 375 | 0.4% | | 0.0% | Accounting - CL | 4,848 | 2.7% | 3,075 | 1.3% | | 0.0% |
| 340 | 0.6% | 340 | 0.3% | | 0.0% | Bonuses & Incentives | 809 | 0.4% | 881 | 0.4% | | 0.0% |
| 5,310 | 8.6% | 4,112 | 4.2% | | 0.0% | Total Salaries, Wages & Bonuses | 14,489 | 8.0% | 12,771 | 5.5% | | 0.0% |
| | | | | | | *Payroll-Related Expenses* | | | | | | |
| 206 | 3.9% | 80 | 1.9% | | 0.0% | Employee Benefits | 353 | 2.4% | 220 | 1.7% | | 0.0% |
| 416 | 7.8% | 396 | 9.6% | | 0.0% | Payroll Taxes | 1,132 | 7.8% | 1,030 | 8.1% | | 0.0% |
| | 0.0% | 2 | 0.0% | | 0.0% | Supplemental Pay | | 0.0% | 5 | 0.0% | | 0.0% |
| 622 | 11.7% | 478 | 11.6% | | 0.0% | Total Payroll-Related Expenses | 1,485 | 10.2% | 1,255 | 9.8% | | 0.0% |
| 5,932 | 9.6% | 4,590 | 4.7% | | 0.0% | Total Payroll and Related Expenses | 15,974 | 8.8% | 14,026 | 6.0% | | 0.0% |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| 145 | 0.2% | 500 | 0.5% | | 0.0% | Bad Debt Expenses | 1,023 | 0.6% | 1,956 | 0.8% | | 0.0% |
| 54 | 0.1% | 500 | 0.5% | | 0.0% | Bank Charges | 223 | 0.1% | 1,000 | 0.4% | | 0.0% |
| 45 | 0.1% | | 0.0% | | 0.0% | Cash (Over) Short | (89) | 0.0% | (119) | -0.1% | | 0.0% |
| 2,000 | 3.2% | 2,000 | 2.0% | | 0.0% | Centralized Accounting Charges | 6,000 | 3.3% | 6,000 | 2.6% | | 0.0% |
| | 0.0% | 50 | 0.1% | | 0.0% | Corp Office Reimbursables | 623 | 0.3% | 421 | 0.2% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Credit & Collections | 203 | 0.1% | 203 | 0.1% | | 0.0% |
| 1,047 | 1.7% | 1,571 | 1.6% | | 0.0% | Credit Card Commissions | 3,144 | 1.7% | 3,652 | 1.6% | | 0.0% |
| | 0.0% | 200 | 0.2% | | 0.0% | Employee Relations | 221 | 0.1% | 621 | 0.3% | | 0.0% |
| | 0.0% | 56 | 0.1% | | 0.0% | HR - Recruiting | 240 | 0.1% | 112 | 0.0% | | 0.0% |
| 576 | 0.9% | 830 | 0.8% | | 0.0% | Info Systems - Maintenance | 1,396 | 0.8% | 2,288 | 1.0% | | 0.0% |
| 500 | 0.8% | 407 | 0.4% | | 0.0% | Licenses & Permits | 790 | 0.4% | 814 | 0.3% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Loss & Damage | 35 | 0.0% | | 0.0% | | 0.0% |
| | 0.0% | 60 | 0.1% | | 0.0% | Medical Supplies | | 0.0% | 120 | 0.1% | | 0.0% |
| 282 | 0.5% | | 0.0% | | 0.0% | Op Supplies - Other | 587 | 0.3% | | 0.0% | | 0.0% |
| 380 | 0.6% | 500 | 0.5% | | 0.0% | Payroll Processing | 1,363 | 0.8% | 1,000 | 0.4% | | 0.0% |
| 32 | 0.1% | 25 | 0.0% | | 0.0% | Postage - Express | 68 | 0.0% | 58 | 0.0% | | 0.0% |
| 23 | 0.0% | 96 | 0.1% | | 0.0% | Postage - Regular | 118 | 0.1% | 245 | 0.1% | | 0.0% |
| 17 | 0.0% | 385 | 0.4% | | 0.0% | Printing & Stationary | 198 | 0.1% | 755 | 0.3% | | 0.0% |
| | 0.0% | 200 | 0.2% | | 0.0% | Prof Fees - Other | | 0.0% | 200 | 0.1% | | 0.0% |
| 2,940 | 4.8% | 3,058 | 3.1% | | 0.0% | Security - Contract Svc - Locks | 10,550 | 5.8% | 11,434 | 4.9% | | 0.0% |
| 506 | 0.8% | | 0.0% | | 0.0% | Taxes - Adjustment | 532 | 0.3% | | 0.0% | | 0.0% |
| | 0.0% | 50 | 0.1% | | 0.0% | Telecommunications | 100 | 0.1% | 150 | 0.1% | | 0.0% |
| 500 | 0.8% | | 0.0% | | 0.0% | Training | 500 | 0.3% | | 0.0% | | 0.0% |
| 398 | 0.6% | 70 | 0.1% | | 0.0% | Travel - Lodging & Transport | 579 | 0.3% | 140 | 0.1% | | 0.0% |
| 55 | 0.1% | | 0.0% | | 0.0% | Travel - Meals & Entertain | 55 | 0.0% | | 0.0% | | 0.0% |
| 9,500 | 15.4% | 10,558 | 10.8% | | 0.0% | Total Other Expenses | 28,459 | 15.7% | 31,050 | 13.3% | | 0.0% |
| 15,432 | 25.0% | 15,148 | 15.4% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 44,433 | 24.5% | 45,076 | 19.2% | | 0.0% |

Hotel P&L
Hotel P&L

9

**Atlanta Airport Hotel**
**Sales & Marketing**
For the Three Months Ending March 31, 2010

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT MONTH | | | | | | | YEAR TO DATE | | | |
| | | | | | | **PAYROLL AND RELATED EXPENSES** | | | | | | |
| | | | | | | **Salaries, Wages & Bonuses** | | | | | | |
| 3,378 | 5.5% | 3,397 | 3.5% | | 0.0% | Administration | 9,509 | 5.2% | 8,006 | 3.4% | | 0.0% |
| 340 | 0.6% | 340 | 0.3% | | 0.0% | Bonuses & Incentives | 648 | 0.4% | 801 | 0.3% | | 0.0% |
| 3,718 | 6.0% | 3,737 | 3.8% | | 0.0% | **Total Salaries, Wages & Bonuses** | 10,157 | 5.6% | 8,807 | 3.8% | | 0.0% |
| | | | | | | **Payroll-Related Expenses** | | | | | | |
| 204 | 5.5% | 80 | 2.1% | | 0.0% | Employee Benefits | 369 | 3.6% | 200 | 2.3% | | 0.0% |
| 413 | 11.1% | 396 | 10.6% | | 0.0% | Payroll Taxes | 1,206 | 11.9% | 933 | 10.6% | | 0.0% |
| | 0.0% | 2 | 0.1% | | 0.0% | Supplemental Pay | | 0.0% | 5 | 0.1% | | 0.0% |
| 617 | 16.6% | 478 | 12.8% | | 0.0% | **Total Payroll-Related Expenses** | 1,575 | 15.5% | 1,138 | 12.9% | | 0.0% |
| 4,335 | 7.0% | 4,215 | 4.3% | | 0.0% | **Total Payroll and Related Expenses** | 11,732 | 6.5% | 9,945 | 4.2% | | 0.0% |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| | 0.0% | 727 | 0.7% | | 0.0% | Advert Outdoor - Airport | 1,100 | 0.6% | 2,181 | 0.9% | | 0.0% |
| (133) | -0.2% | 133 | 0.1% | | 0.0% | Advert Outdoor - Billboards | | 0.0% | 400 | 0.2% | | 0.0% |
| | 0.0% | 488 | 0.5% | | 0.0% | Comp Svcs Gifts - Parking | | 0.0% | 488 | 0.2% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Complimentary Services & Gifts | 49 | 0.0% | 49 | 0.0% | | 0.0% |
| | 0.0% | 25 | 0.0% | | 0.0% | Corp Office Reimbursables | 278 | 0.2% | 50 | 0.0% | | 0.0% |
| | 0.0% | 656 | 0.7% | | 0.0% | Dues & Subscription | | 0.0% | 1,311 | 0.6% | | 0.0% |
| | 0.0% | 1,000 | 1.0% | | 0.0% | E-Commerce | | 0.0% | 2,000 | 0.9% | | 0.0% |
| | 0.0% | 58 | 0.1% | | 0.0% | Printing & Stationary | | 0.0% | 100 | 0.0% | | 0.0% |
| 50 | 0.1% | 50 | 0.1% | | 0.0% | Telecommunications | 150 | 0.1% | 150 | 0.1% | | 0.0% |
| | 0.0% | 231 | 0.2% | | 0.0% | Training | | 0.0% | 462 | 0.2% | | 0.0% |
| 45 | 0.1% | 96 | 0.1% | | 0.0% | Travel - Lodging & Transport | 45 | 0.0% | 167 | 0.1% | | 0.0% |
| | 0.0% | 50 | 0.1% | | 0.0% | Travel - Meals & Entertain | | 0.0% | 100 | 0.0% | | 0.0% |
| (38) | -0.1% | 3,514 | 3.6% | | 0.0% | **Total Other Expenses** | 1,622 | 0.9% | 7,458 | 3.2% | | 0.0% |
| 4,297 | 7.0% | 7,729 | 7.9% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 13,354 | 7.4% | 17,403 | 7.4% | | 0.0% |

**Atlanta Airport Hotel**
**Repairs & Maintenance**
**For the Three Months Ending March 31, 2010**

| | | CURRENT MONTH | | | | | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PAYROLL AND RELATED EXPENSES** | | | | | | |
| | | | | | | *Salaries, Wages & Bonuses* | | | | | | |
| 6,719 | 10.9% | 3,060 | 3.1% | | 0.0% | Maintenance | 15,639 | 8.6% | 10,116 | 4.3% | | 0.0% |
| | 0.0% | 2,549 | 2.6% | | 0.0% | Management | | 0.0% | 4,852 | 2.1% | | 0.0% |
| 6,719 | 10.9% | 5,609 | 5.7% | | 0.0% | **Total Salaries, Wages & Bonuses** | 15,639 | 8.6% | 14,968 | 6.4% | | 0.0% |
| | | | | | | *Payroll-Related Expenses* | | | | | | |
| 369 | 5.5% | 120 | 2.1% | | 0.0% | Employee Benefits | 590 | 3.8% | 339 | 2.3% | | 0.0% |
| 746 | 11.1% | 595 | 10.6% | | 0.0% | Payroll Taxes | 1,825 | 11.7% | 1,591 | 10.6% | | 0.0% |
| | 0.0% | 4 | 0.1% | | 0.0% | Supplemental Pay | | 0.0% | 7 | 0.0% | | 0.0% |
| 1,115 | 16.6% | 719 | 12.8% | | 0.0% | **Total Payroll-Related Expenses** | 2,415 | 15.4% | 1,937 | 12.9% | | 0.0% |
| 7,834 | 12.7% | 6,328 | 6.4% | | 0.0% | **Total Payroll and Related Expenses** | 18,054 | 9.9% | 16,905 | 7.2% | | 0.0% |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| | 0.0% | 468 | 0.5% | | 0.0% | Building - Interior/Exterior | | 0.0% | 813 | 0.3% | | 0.0% |
| 126 | 0.2% | 153 | 0.2% | | 0.0% | Building - Keys & Locks | 565 | 0.3% | 691 | 0.3% | | 0.0% |
| 650 | 1.1% | | 0.0% | | 0.0% | Building - Signage | 650 | 0.4% | | 0.0% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Cleaning Supplies | 80 | 0.0% | 80 | 0.0% | | 0.0% |
| 140 | 0.2% | 140 | 0.1% | | 0.0% | Contract Services | 2,134 | 1.2% | 2,134 | 0.9% | | 0.0% |
| 1,212 | 2.0% | 426 | 0.4% | | 0.0% | Electrical & Mechanical | 2,662 | 1.5% | 741 | 0.3% | | 0.0% |
| 368 | 0.6% | 560 | 0.6% | | 0.0% | Elevators & Escalators | 735 | 0.4% | 1,437 | 0.6% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Engineering Supplies | 94 | 0.1% | | 0.0% | | 0.0% |
| | 0.0% | 500 | 0.5% | | 0.0% | Equip - Laundry | 300 | 0.2% | 800 | 0.3% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Equip - Other | 69 | 0.0% | | 0.0% | | 0.0% |
| 44 | 0.1% | | 0.0% | | 0.0% | Equip Rental Exp | 44 | 0.0% | | 0.0% | | 0.0% |
| | 0.0% | 96 | 0.1% | | 0.0% | Furniture & Equip - General | 518 | 0.3% | 167 | 0.1% | | 0.0% |
| | 0.0% | 87 | 0.1% | | 0.0% | Furniture & Equip - Television | | 0.0% | 150 | 0.1% | | 0.0% |
| 800 | 1.3% | 400 | 0.4% | | 0.0% | Grounds & Land - Outdoor | 1,200 | 0.7% | 1,200 | 0.5% | | 0.0% |
| 475 | 0.8% | 548 | 0.6% | | 0.0% | HVAC | 475 | 0.3% | 975 | 0.4% | | 0.0% |
| 1,301 | 2.1% | 175 | 0.2% | | 0.0% | Life & Safety | 1,301 | 0.7% | 350 | 0.1% | | 0.0% |
| 55 | 0.1% | 98 | 0.1% | | 0.0% | Light Bulbs | 159 | 0.1% | 191 | 0.1% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Miscellaneous Exp | 38 | 0.0% | 38 | 0.0% | | 0.0% |
| 488 | 0.8% | | 0.0% | | 0.0% | Op Supplies - Other | 675 | 0.4% | 64 | 0.0% | | 0.0% |
| 201 | 0.3% | 118 | 0.1% | | 0.0% | Painting & Decorating | 201 | 0.1% | 204 | 0.1% | | 0.0% |
| 748 | 1.2% | 368 | 0.4% | | 0.0% | Plumbing | 748 | 0.4% | 639 | 0.3% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Refrigeration | 155 | 0.1% | 155 | 0.1% | | 0.0% |
| | 0.0% | 47 | 0.0% | | 0.0% | Small Tools | | 0.0% | 681 | 0.3% | | 0.0% |
| | 0.0% | 130 | 0.1% | | 0.0% | Swimming Pool | 817 | 0.4% | 1,077 | 0.5% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Vehicle - Fuel & Lubricants | 5 | 0.0% | 5 | 0.0% | | 0.0% |
| 500 | 0.8% | 367 | 0.4% | | 0.0% | Waste Removal | 1,583 | 0.9% | 1,094 | 0.5% | | 0.0% |
| 7,108 | 11.5% | 4,681 | 4.8% | | 0.0% | **Total Other Expenses** | 15,208 | 8.4% | 13,686 | 5.8% | | 0.0% |
| 14,942 | 24.2% | 11,009 | 11.2% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 33,262 | 18.3% | 30,591 | 13.1% | | 0.0% |

Print Date: 04/15/10
Print Time: 05:57 PM

**Atlanta Airport Hotel**
**Utilities**
**For the Three Months Ending March 31, 2010**

| CURRENT MONTH | | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| 6,246 | 10.1% | 6,693 | 6.8% | | 0.0% | Utilities - Electric | 23,402 | 12.9% | 22,117 | 9.4% | | 0.0% |
| 1,520 | 2.5% | 794 | 0.8% | | 0.0% | Utilities - Gas | 3,631 | 2.0% | 3,634 | 1.6% | | 0.0% |
| 2,149 | 3.5% | | 0.0% | | 0.0% | Utilities - Sewage | 5,729 | 3.2% | | 0.0% | | 0.0% |
| 2,838 | 4.6% | 5,120 | 5.2% | | 0.0% | Utilities - Water | 10,605 | 5.8% | 16,253 | 6.9% | | 0.0% |
| 12,753 | 20.7% | 12,607 | 12.8% | | 0.0% | **Total Other Expenses** | 43,367 | 23.9% | 42,004 | 17.9% | | 0.0% |
| 12,753 | 20.7% | 12,607 | 12.8% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 43,367 | 23.9% | 42,004 | 17.9% | | 0.0% |

**Atlanta Airport Hotel**
**Fixed Expenses**
**For the Three Months Ending March 31, 2010**

| | CURRENT MONTH | | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **EXPENSES** | | | | | | |
| | | | | | | **MANAGEMENT FEES** | | | | | | |
| 3,000 | 4.9% | 3,000 | 3.1% | | 0.0% | Management Fee - Base | 9,000 | 5.0% | 9,000 | 3.8% | | 0.0% |
| 3,000 | 4.9% | 3,000 | 3.1% | | 0.0% | **Total Management Fees** | 9,000 | 5.0% | 9,000 | 3.8% | | 0.0% |
| | | | | | | **INSURANCE** | | | | | | |
| 237 | 0.4% | 2,336 | 2.4% | | 0.0% | Insurance - General Liability | 726 | 0.4% | 4,924 | 2.1% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Insurance - Property | 936 | 0.5% | | 0.0% | | 0.0% |
| 237 | 0.4% | 2,336 | 2.4% | | 0.0% | **Total Insurance Expense** | 1,662 | 0.9% | 4,924 | 2.1% | | 0.0% |
| | | | | | | **TAXES** | | | | | | |
| | 0.0% | | 0.0% | | 0.0% | Taxes - Interest & Penalties | 53 | 0.0% | 53 | 0.0% | | 0.0% |
| 200 | 0.3% | 200 | 0.2% | | 0.0% | Taxes - Personal Property | 600 | 0.3% | 600 | 0.3% | | 0.0% |
| 14,500 | 23.5% | 14,500 | 14.8% | | 0.0% | Taxes - Real Property | 43,500 | 23.9% | 43,500 | 18.6% | | 0.0% |
| 14,700 | 23.8% | 14,700 | 15.0% | | 0.0% | **Total Tax Expense** | 44,153 | 24.3% | 44,153 | 18.9% | | 0.0% |
| | | | | | | **LEASES** | | | | | | |
| 76 | 0.1% | | 0.0% | | 0.0% | Leases - Information Systems | 151 | 0.1% | | 0.0% | | 0.0% |
| 232 | 0.4% | 470 | 0.5% | | 0.0% | Leases - Office Equipment | 697 | 0.4% | 1,172 | 0.5% | | 0.0% |
| 308 | 0.5% | 470 | 0.5% | | 0.0% | **Total Lease Expense** | 848 | 0.5% | 1,172 | 0.5% | | 0.0% |
| | | | | | | **RENT** | | | | | | |
| 4,901 | 7.9% | 4,901 | 5.0% | | 0.0% | Rent - Ground Base | 14,704 | 8.1% | 14,703 | 6.3% | | 0.0% |
| 4,901 | 7.9% | 4,901 | 5.0% | | 0.0% | **Total Rent Expense** | 14,704 | 8.1% | 14,703 | 6.3% | | 0.0% |
| 23,146 | 37.5% | 25,407 | 25.9% | | 0.0% | **TOTAL OTHER EXPENSES** | 70,367 | 38.7% | 73,952 | 31.6% | | 0.0% |

**Atlanta Airport Hotel**
**House Laundry**
**For the Three Months Ending March 31, 2010**

| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT MONTH | | | | | | | YEAR TO DATE | | | |
| | | | | | | **EXPENSES** | | | | | | |
| | | | | | | **PAYROLL AND RELATED EXPENSES** | | | | | | |
| | | | | | | **Salaries, Wages & Bonuses** | | | | | | |
| 1,171 | 1.9% | 1,175 | 1.2% | | 0.0% | Laundry | 3,946 | 2.2% | 3,689 | 1.6% | | 0.0% |
| 1,171 | 1.9% | 1,175 | 1.2% | | 0.0% | **Total Salaries, Wages & Bonuses** | 3,946 | 2.2% | 3,689 | 1.6% | | 0.0% |
| | | | | | | **Payroll-Related Expenses** | | | | | | |
| | 0.0% | 25 | 2.1% | | 0.0% | Employee Benefits | | 0.0% | 83 | 2.2% | | 0.0% |
| | 0.0% | 125 | 10.6% | | 0.0% | Payroll Taxes | | 0.0% | 394 | 10.7% | | 0.0% |
| | 0.0% | 1 | 0.1% | | 0.0% | Supplemental Pay | | 0.0% | 1 | 0.0% | | 0.0% |
| | 0.0% | 151 | 12.9% | | 0.0% | **Total Payroll-Related Expenses** | | 0.0% | 478 | 13.0% | | 0.0% |
| 1,171 | 1.9% | 1,326 | 1.4% | | 0.0% | **Total Payroll and Related Expenses** | 3,946 | 2.2% | 4,167 | 1.8% | | 0.0% |
| | | | | | | **OTHER EXPENSES** | | | | | | |
| | 0.0% | 481 | 0.5% | | 0.0% | Cleaning Supplies | | 0.0% | 836 | 0.4% | | 0.0% |
| | 0.0% | 481 | 0.5% | | 0.0% | **Total Other Expenses** | | 0.0% | 836 | 0.4% | | 0.0% |
| 1,171 | 1.9% | 1,807 | 1.8% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 3,946 | 2.2% | 5,003 | 2.1% | | 0.0% |
| | 0.0% | | 0.0% | | 0.0% | Allocation Adjustment - Laundry | | 0.0% | 1 | 0.0% | | 0.0% |
| (1,171) | -1.9% | (1,807) | -1.8% | | 0.0% | Allocation to Departments - House Laundry | (3,946) | -2.2% | (5,004) | -2.1% | | 0.0% |

Atlanta Airport Hotel
PT&EB
For the Three Months Ending March 31, 2010

| | | CURRENT MONTH | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **EXPENSES** | | | | | | |
| | | | | | | **EMPLOYER TAXES** | | | | | | |
| 2,287 | 6.1% | 2,183 | 6.4% | | 0.0% | Taxes - FICA | 6,166 | 6.2% | 5,778 | 6.3% | | 0.0% |
| 535 | 1.4% | 512 | 1.5% | | 0.0% | Taxes - Medicare | 1,442 | 1.4% | 1,353 | 1.5% | | 0.0% |
| 223 | 0.6% | 239 | 0.7% | | 0.0% | Taxes - FUTA or FUI | 724 | 0.7% | 679 | 0.7% | | 0.0% |
| 961 | 2.6% | 682 | 2.0% | | 0.0% | Taxes - SUTA or SUI | 2,929 | 2.9% | 2,005 | 2.2% | | 0.0% |
| 4,006 | 10.8% | 3,616 | 10.6% | | 0.0% | **Total Employer Taxes** | 11,261 | 11.3% | 9,815 | 10.6% | | 0.0% |
| | | | | | | **EMPLOYEE BENEFITS** | | | | | | |
| (340) | -0.9% | (135) | -0.4% | | 0.0% | Health Insurance - Employee Contribution | (393) | -0.4% | (270) | -0.3% | | 0.0% |
| 1,608 | 4.3% | 200 | 0.6% | | 0.0% | Health Insurance - Medical | 1,917 | 1.9% | 400 | 0.4% | | 0.0% |
| 108 | 0.3% | 25 | 0.1% | | 0.0% | Health Insurance - Dental | 134 | 0.1% | 51 | 0.1% | | 0.0% |
| 27 | 0.1% | 56 | 0.2% | | 0.0% | Life Insurance | 36 | 0.0% | 112 | 0.1% | | 0.0% |
| 579 | 1.6% | 586 | 1.7% | | 0.0% | Worker's Compensation | 1,774 | 1.8% | 1,789 | 1.9% | | 0.0% |
| 1,982 | 5.3% | 732 | 2.1% | | 0.0% | **Total Employee Benefits** | 3,468 | 3.5% | 2,082 | 2.3% | | 0.0% |
| | | | | | | **SUPPLEMENTAL PAY** | | | | | | |
| | 0.0% | 22 | 0.1% | | 0.0% | Paid Time Off - Other | | 0.0% | 41 | 0.0% | | 0.0% |
| | 0.0% | 22 | 0.1% | | 0.0% | **Total Supplemental Pay** | | 0.0% | 41 | 0.0% | | 0.0% |
| 5,988 | 16.1% | 4,370 | 12.8% | | 0.0% | **TOTAL DEPARTMENTAL EXPENSES** | 14,729 | 14.8% | 11,938 | 12.9% | | 0.0% |
| (1) | 0.0% | (1) | 0.0% | | 0.0% | **Allocation Adjustment - PT&EB** | 1 | 0.0% | (1) | 0.0% | | 0.0% |
| (5,987) | -16.1% | (4,369) | -12.8% | | 0.0% | **Allocation to Departments - PT&EB** | (14,730) | -14.8% | (11,937) | -12.9% | | 0.0% |

**Atlanta Airport Hotel**
**PT&EB**
**For the Three Months Ending March 31, 2010**

| CURRENT MONTH | | | | | | | YEAR TO DATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | % | BUDGET | % | PRIOR YEAR | % | | ACTUAL | % | BUDGET | % | PRIOR YEAR | % |
| | | | | | | **Salary and Wage Summary** | | | | | | |
| 21,880 | 58.8% | 19,698 | 57.8% | | 0.0% | Rooms | 60,469 | 60.6% | 54,753 | 59.4% | | 0.0% |
| 3,407 | 9.2% | 3,397 | 10.0% | | 0.0% | Administrative & General | 8,832 | 8.8% | 8,815 | 9.6% | | 0.0% |
| 3,378 | 9.1% | 3,397 | 10.0% | | 0.0% | Sales & Marketing | 9,509 | 9.5% | 8,006 | 8.7% | | 0.0% |
| 6,719 | 18.0% | 5,609 | 16.4% | | 0.0% | Repairs & Maintenance | 15,639 | 15.7% | 14,968 | 16.2% | | 0.0% |
| 1,171 | 3.1% | 1,175 | 3.4% | | 0.0% | House Laundry | 3,946 | 4.0% | 3,689 | 4.0% | | 0.0% |
| 679 | 1.8% | 829 | 2.4% | | 0.0% | Incentives | 1,457 | 1.5% | 1,982 | 2.1% | | 0.0% |
| 37,234 | 100.0% | 34,105 | 100.0% | | 0.0% | **Total Salaries & Wages** | 99,852 | 100.0% | 92,213 | 100.0% | | 0.0% |